

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00414-CV

Jose "Joe" **HINOJOSA**,
Appellant

v.

**FIREFIGHTERS & POLICE OFFICERS' CIVIL SERVICE COMMISSION OF THE CITY OF LAREDO, TEXAS**; Irma Mireles, Vidal Cantu, Jr. & Jesus Torres,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVZ-000338-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file motion for rehearing and to substitute counsel is hereby GRANTED.

It is so **ORDERED** on November 13, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court